# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANNA PISARSKI,<br><br>                                   Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                                   Defendant. | Case No. 3:24-CV-00080-ART-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF No. 9] |

Plaintiff filed a Notice of Rule 26 Telephonic Conference on the Docket. (ECF No. 9.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

DATED: March 1, 2024

_____
UNITED STATES MAGISTRATE JUDGE