# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ANNA PISARSKI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 3:24-CV-00080-ART-CLB<br><br>**ORDER DENYING STIPULATION TO EXTEND TIME**<br><br>[ECF No. 19] |

Before the Court is a stipulation to modify the discovery plan and scheduling order in this case. (ECF No. 19.) However, the stipulation fails to comply with Local Rule ("LR") 26-3, in that it does not include:

- ☑ A statement specifying the discovery completed as required by LR 26-3(a).
- ☑ A specific description of the discovery that remains to be completed as required by LR 26-3(b).
- ☑ The reasons why discovery remaining was not completed with the time limits set by the discovery plan pursuant to LR 26-3(c).
- ☐ A proposed schedule for completing all remaining discovery as required by LR 26-3(d).

Accordingly, the stipulation to extend time is **DENIED, without prejudice**, for the parties to file an amended stipulation in compliance with LR 26-3.

**IT IS SO ORDERED.**

**DATED**: June 6, 2024.

_____
UNITED STATES MAGISTRATE JUDGE