JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA PISARSKI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:24-cv-00080-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND ALL DISCOVERY DEADLINES BY 90 DAYS** |

Plaintiff, ANNA PISARSKI ("Plaintiff"), by and through her attorneys of record, COULTER HARSH LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for Defendant to File Opposition to Plaintiff's Motion to Extend All Discovery Deadlines by 90 Days.

/ / /

1

1  On October 29, 2024, counsel engaged in a telephonic meet-and-confer to discuss Plaintiff's motion and the remaining discovery. Plaintiff is in the process of re-evaluating her need to depose certain witnesses, and will also provide Defendant with a list of topics for Defendant's Rule 30(b)(6) witness deposition.

To facilitate the potential streamlining of the remaining discovery without the need to extend the current discovery deadlines, and pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate to extend the time for Defendant to file its Opposition to Plaintiff's Motion to Extend All Discovery Deadlines (ECF No. 27) from the current deadline of November 4, 2024, through and including November 15, 2024.

DATED this 29th day of October 2024.

**COULTER HARSH LAW**

*/s/ Stacey A. Upson*

STACEY A. UPSON
Nevada Bar No. 4773
403 Hill Street
Reno, Nevada 89501
*Attorneys for Plaintiff*

DATED this 29th day of October 2024.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89130
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED: October 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE

2