1
2
3
4
5
6
7                  **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA PISARSKI, | CASE NO.: 3:24-cv-00080-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, ANNA PISARSKI ("Plaintiff"), by and through her attorneys of record, COULTER HARSHA LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, that the above-entitled matter be dismissed with

/ / /

1

1   prejudice; each party to bear their own costs and attorney fees.

2   DATED this 8th day of April 2025.          DATED this 8th day of April 2025.

3   **COULTER HARSH LAW**                       **HARPER | SELIM**

4   */s/ Stacey A. Upson*                       */s/ James E. Harper*

5   _____           _____

6   STACEY A. UPSON                             JAMES E. HARPER
    Nevada Bar No. 4773                         Nevada Bar No. 9822
6   403 Hill Street                             SABRINA G. WIBICKI
    Reno, Nevada 89501                          Nevada Bar No. 10669
7   *Attorneys for Plaintiff*                   1935 Village Center Circle
8                                               Las Vegas, Nevada 89130
9                                               *Attorneys for Defendants*

10                          **ORDER**

11      Based on the parties' stipulation **(ECF No. 31)** and good cause appearing, IT IS HEREBY

12   ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and

13   costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to

14   **CLOSE THIS CASE.**

15

16

17   _____

18   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

19
20   DATED: April 9, 2025

21

22

23

24

25

26

27

28

                                        2